**NOT FOR PUBLICATION**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MEL and CHERYL EPSTEIN, <br><br> Plaintiffs, <br><br> v. <br><br> GOODMAN MANUFACTURING COMPANY, LP and REVCOR, INC., <br><br> Defendants/Third-Party Plaintiffs, <br><br> v. <br><br> GENERAL ELECTRIC COMPANY (improperly pleaded herein as GE INDUSTRIAL SYSTEMS and GENERAL ELECTRIC COMPANY), <br><br> Third-Party Defendants/ Fourth-Party Plaintiffs, <br><br> v. <br><br> ELICA S.p.A., f/k/a FIME – ELICA S.p.A MOTOR DIVISION. <br><br> Fourth-Party Defendant/Fifth-Party Plaintiff <br><br> v. <br><br> SKF INDUSTRIES S.p.A., <br><br> Fifth-Party Defendant. | Civil Action No.: 2:12-cv-00442 (CCC) <br><br> **ORDER** |

1

This matter comes before the Court on the motion of Fifth-Party Defendant SKF Industrie S.p.A. ("SKF-Italy") to dismiss Fourth Party Defendant Elica, S.p.A.'s ("Elica") Fifth-Party Complaint for lack of personal jurisdiction, pursuant to Federal Rule of Civil Procedure 12(b)(2). (ECF No. 79). Elica opposed SKF-Italy's motion. (ECF No. 82). On January 20, 2015, Magistrate Judge James B. Clark III issued a Report and Recommendation that SKF-Italy's motion be granted. (ECF No. 85). No objections have been filed thereto. The Court has considered the submissions of the parties, and Judge Clark's Report and Recommendation, and for substantially the same reasons stated therein;

IT IS on this 4 day of February, 2015

ORDERED that this Court adopts Judge Clark's January 20, 2015 Report and Recommendation that SKF-Italy's motion be granted; and it is further

ORDERED that the Clerk of the Court shall terminate the Fifth-Party Complaint in this matter.

SO ORDERED.

CLAIRE C. CECCHI, U.S.D.J.